CHARLES M. STEPHENS, PROSECUTOR, v. CIVIL SERVICE COMMISSION OF NEW JERSEY ET AL., DEFENDANTS.

Argued May 6, 1924—Decided June 25, 1924.

### Civil Service—Army Field Clerk—Within Scope of Act of 1920 Relating to Honorably Discharged Soldiers.

On *certiorari.*

Before Justices KALISCH, BLACK and CAMPBELL.

For the prosecutor, *Ernest L. Quackenbush.*

For the civil service commission, *Edward S. Katzenbach,* attorney-general.

For the defendant, *Carl W. Daines, Randal B. Lewis* and *Philip Forman.*

PER CURIAM.

A *certiorari* in this case was allowed to review an order of the civil service commission, dated January 11th, 1924, relating to the certification of Carl W. Daines, for appointment as chief probation officer of the county of Bergen.

The proofs show that Carl W. Daines served in the army of the United States from May 28th, 1918, until September 2d, 1919, inclusive, in the capacity of an "army field clerk." The point involved is whether such service and discharge brings him within the scope of the act (*Pamph. L* 1920, *p.* 540), as being "an honorable discharged soldier." We think it does.

The writ of *certiorari* is dismissed, with costs.